UNITED STATES DISTRICT COURT
FOR THE DISTRICT DELAWARE

| | |
|---|---|
| INTERNATIONAL ASSOCIATION OF HEAT AND FROST INSULATORS AND ASBESTOS WORKERS LOCAL UNION No. 42<br>1188 River Road<br>New Castle, DE 19720<br><br>KIM CICERO, FUND ADMINISTRATOR<br>c/o Carday Associates Inc.<br>4600 Powder Mill Road, Suite 100<br>Beltsville, MD 20705-2675<br>Fund Administrator for<br><br>ASBESTOS WORKERS UNION No. 42<br>WELFARE FUND<br><br>and<br><br>ASBESTOS WORKERS UNION No. 42<br>PENSION FUND<br><br>and<br><br>ASBESTOS WORKERS UNION No. 42<br>APPRENTICESHIP FUND<br>                                            Plaintiffs,<br><br>             v.<br><br>ASAP INSULATORS<br>3019 McDaniel Lane<br>Newark, DE 19702<br>                                            Defendant. | **Attorney for Plaintiffs**<br><br><br><br><br><br>**CIVIL ACTION**<br><br>**No.** _____ |

## **COMPLAINT**

### **PARTIES**

    1.    Plaintiff International Association of Heat and Frost Insulators and Asbestos Workers Local Union No. 42 (Union) is a labor organization within the meaning of Section 2(5)

of the National Labor Relations Act, 29 U.S.C. §152(5), and Section 301(a) of the Labor Management Relations Act (LMRA), 29 U.S.C. §185(a), with its principal office at 1188 River Road, New Castle, Delaware 19809.

2.      Plaintiff, Kim Cicero ("Cicero"), is the administrator for the Asbestos Workers Union No. 42 Welfare Fund (Welfare Fund), an employee welfare plan within the meaning of Section 2(1) and (3) of ERISA, 29 U.S.C. §1002(1) and (3), and Section 2(37) of ERISA, 29 U.S.C. §1002(37), with its principal office at c/o Carday Associates, 4600 Powder Mill Road, Suite 100, Beltsville, Maryland 20705-2675.

3.       Plaintiff, Cicero, is the administrator for the Asbestos Workers Union No. 42 Joint Apprenticeship Fund (Apprenticeship Fund), an employee training plan within the meaning of Section 2(2) and (3) of ERISA, 29 U.S.C. §1002(2) and (3), and Section 2(37) of ERISA, 29 U.S.C. §1002(37), with its principal office at c/o Carday Associates, 4600 Powder Mill Road, Suite 100, Beltsville, Maryland 20705-2675.

4.      Plaintiff, Cicero, is the administrator for the Asbestos Workers Union No. 42 Pension Fund (Pension Fund), an employee pension plan within the meaning of Section 2(2) and (3) of ERISA, 29 U.S.C. §1002(2) and (3), and Section 2(37) of ERISA, 29 U.S.C. §1002(37), with its principal office at c/o Carday Associates, 4600 Powder Mill Road, Suite 100, Beltsville, Maryland 20705-2675.

5.      Plaintiff, Cicero brings this action as the administrator of the aforereferenced Funds and on behalf of the participants and beneficiaries of the said Funds.

6.      Defendant ASAP Insulators ("ASAP") is believed and therefore averred to be a corporation organized and existing under the laws of the State of Delaware with its principal place of business at 3019 McDaniel Lane, Newark, DE 19702. Defendant ASAP is registered to

do business or otherwise performs substantial business in the State of Delaware. Defendant ASAP is an employer within the meaning of Section 2(2) of the National Labor Relations Act, 29 U.S.C. §152(2) and Section 301(a) of the Labor-Management Relations Act 29 U.S.C. §185(a). Defendant ASAP is also an employer within the meaning of Section 2(5) of ERISA, 29 U.S.C. §1002(5) and within the meaning of Section 515 of ERISA, 29 U.S.C. §1145.

## JURISDICTION AND VENUE

7. The Court has jurisdiction over this matter under Section 301(c) of the LMRA, 29 U.S.C. §185(c), and Section 502(a)(3) of ERISA, 29 U.S.C. §1132(a)(3), and 28 U.S.C. §§1331 and 1337 providing for original jurisdiction in the District Courts of the United States in Civil Actions that arise out of Acts of Congress regulating commerce.

8. The Court also has jurisdiction over Plaintiffs' state law claims under Section 1367 of the U.S. Code, which provides a District Court with supplemental jurisdiction over all claims that form part of the same case or controversy over which the Court has original jurisdiction 28 U.S.C. §1367(a).

9. Venue in the United States District Court for the District of Delaware is proper pursuant to Section 301(c) of the LMRA, 29 U.S.C. §185(c), and Section 502(e)(2) of ERISA, 29 U.S.C. §1132(e)(2), since the Defendant resides and maintains its principal office in the District of Delaware and the work for which the benefit fund contributions at issue was performed in Delaware.

## COUNT ONE

### Welfare Fund, Pension and Apprenticeship Fund v. Company

10. At all times relevant hereto, Defendant ASAP has been party to a Collective Bargaining Agreement with the Union requiring the payment of Welfare, Pension and Apprenticeship Fund contributions to the Plaintiff Funds.

11. Defendant has failed and refused to remit such contributions, or has remitted insufficient contributions, to the Plaintiff Funds for the months of December, 2006, January, 2007, and April, 2007.

12. In addition, Defendant has failed and refused to remit late fees and interest assessed pursuant to the Funds' Statement of Policy for Collection of Delinquent Contributions for the months of February through April, 2007.

13. Defendant's actions are in willful derogation of its responsibilities under the Collective Bargaining Agreement and under the terms of the Agreement and Declaration of Trust of the Plaintiff Funds.

14. Defendant's actions are also in violation of Section 515 of ERISA, 29 USC 1145.

15. Under the terms of the Collective Bargaining Agreement and the Agreement and Declaration of Trust of the Plaintiff Funds, as well as pursuant to Section 502 of ERISA, 29 USC 1132, Plaintiff Funds are entitled to recovery of all principal contributions, prejudgment interest, liquidated damages, attorney's fees and costs.

WHEREFORE, Plaintiffs Cicero, and Asbestos Workers Union No. 42 do hereby seek judgment on their own behalf and on behalf of their participants and member and request relief from this Honorable Court as follows:

(a) Judgment against Defendant of the principal amounts due to the individual Funds and Union plus prejudgment interest and liquidated damages as applicable;

(b) Appropriate additional post judgment interest;

(c) Costs and reasonable attorney's fees; and

(d) Such other and further relief as the Court deems just and proper.

                                              _____
CLAIBORNE S. NEWLIN, ESQUIRE
Identification No.: 4745
Meranze and Katz, P.C.
Legal Arts Building
1225 King Street
Wilmington, DE 19801
Tel.: (302) 655-5510
Fax: (215) 790-1382
E-Mail: csn@meranzekatz.com

Dated: 8/2/07                                                 Attorney for the Plaintiffs

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Please see attached.

**DEFENDANTS**
Please see attached.

(b) County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- [ ] 1 U.S. Government Plaintiff
- [x] 3 Federal Question (U.S. Government Not a Party)
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☒ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS |  | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander |  | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine |  | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
|  |  | ☐ 370 Other Fraud | ☐ 690 Other |  | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending |  |  | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/Exchange |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability |  |  | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) |  |
| ☐ 196 Franchise |  |  | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence |  | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | ☒ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty |  | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other |  |  | ☐ 900Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights |  |  |  |
|  |  | ☐ 555 Prison Condition |  |  | ☐ 950 Constitutionality of State Statutes |
|  | ☐ 440 Other Civil Rights |  |  |  |  |

## V. ORIGIN (Place an "X" in One Box Only)

- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
Brief description of cause: §301 of the LMRA, 29 U.S.C. §185 and §502 of ERISA, 29 U.S.C. §1132. This is a suit to collect delinq. contributions of an employer on behalf of a union & multi-employee Benefit Fund.

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE: 8/2/07
SIGNATURE OF ATTORNEY OF RECORD: Claiborne S. Newlin, Esquire

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

```
INTERNATIONAL ASSOCIATION OF HEAT AND      :
FROST INSULATORS AND ASBESTOS WORKERS      :
LOCAL UNION No. 42                         :
1188 River Road                            :
New Castle, DE 19720                       :
                                           :
KIM CICERO, FUND ADMINISTRATOR             :
c/o Carday Associates Inc.                 :
4600 Powder Mill Road, Suite 100           :
Beltsville, MD 20705-2675                  :
Fund Administrator for                     :
                                           :
ASBESTOS WORKERS UNION No. 42              :
WELFARE FUND                               :
                                           :
           and                             :
                                           :
ASBESTOS WORKERS UNION No. 42              :
PENSION FUND                               :
                                           :
           and                             :
                                           :
ASBESTOS WORKERS UNION No. 42              :
APPRENTICESHIP FUND                        :
                             Plaintiffs,   :
                                           :
           v.                              :
                                           :
ASAP INSULATORS                            :
3019 McDaniel Lane                         :
Newark, DE 19702                           :
                             Defendant.    :
```

AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. 07-483 UNA



FILED
AUG 9 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

# ACKNOWLEDGMENT
## OF RECEIPT FOR AO FORM 85

### *NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF ___8___ COPIES OF AO FORM 85.

___8/3/07___                    ___(signature)___
(Date forms issued)              (Signature of Party or their Representative)

_____
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action

*Please sign & return to the Clerks office