6236Q

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the District of Delaware

International Association of Heat and Frost Insulators and Asbestos Workers Local Union No. 42, et al.

V.

ASAP Insulators

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07-483

TO: (Name and address of Defendant)

ASAP Insulators
3019 McDaniel Lane
Newark, DE 19702

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Claiborne S. Newlin, Esquire
Meranze and Katz, P.C.
121 S. Broad Street, 13th Floor
Philadelphia, PA 19107

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

CLERK

AUG 09 2007

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 8/17/07 |
|---|---|
| NAME OF SERVER *(PRINT)* Richard Ehrlich | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Summons & Complaint issued upon ASAP Insulators at 3019 McDaniel Lane, Newark, DE was accepted by Helen Kline (Owner) (302-836-9040)

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 8-17-07
Date

[signature]
*Signature of Server*

Dennis Richman's SErvices
1500 JFK Blvd. Phila., PA 19102
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.