IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERNATIONAL ASSOCIATION OF HEAT AND FROST INSULATORS AND ASBESTOS WORKERS LOCAL UNION NO. 42, et al., </br></br>　　　　Plaintiffs, </br></br>　　v. </br></br>ASAP INSULATORS, </br></br>　　　　Defendant. | ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) Civ. No. 07-483-SLR </br> ) </br> ) </br> ) </br> ) |

O R D E R

At Wilmington this 21st day of April, 2008, there having been no activity in the above-captioned case since December 26, 2007;

IT IS ORDERED that, on or before **May 23, 2008**, plaintiffs shall show cause why the above-captioned action should not be dismissed for failure to prosecute. FAILURE TO TIMELY RESPOND TO THIS ORDER SHALL RESULT IN DISMISSAL OF THE ACTION.

　　　　　　　　　　　　　　　　/s/ Sue L. Robinson
　　　　　　　　　　　　　　　　United States District Judge