## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT DELAWARE

| | |
|---|---|
| INTERNATIONAL ASSOCIATION OF HEAT AND FROST INSULATORS AND ASBESTOS WORKERS LOCAL UNION No. 42 | **Counsel for Plaintiffs** |
| KIM CICERO, FUND ADMINISTRATOR c/o Carday Associates Inc. Fund Administrator for | **CIVIL ACTION** |
| ASBESTOS WORKERS UNION No. 42 WELFARE FUND | **No. 07-483-SLR** |
| and | |
| ASBESTOS WORKERS UNION No. 42 PENSION FUND | **(Electronically filed 4-30-08)** |
| and | |
| ASBESTOS WORKERS UNION No. 42 APPRENTICESHIP FUND Plaintiffs, | |
| v. | |
| ASAP INSULATORS Defendant. | |

**PRAECIPE TO WITHDRAW**

TO THE CLERK:

Kindly mark the above-captioned action withdrawn by the Plaintiffs.  Thank you.

MERANZE AND KATZ, P.C.

BY: s/ Claiborne S. Newlin
CLAIBORNE S. NEWLIN, ESQUIRE
1225 King Street, Suite 800
Wilmington, DE 19801
Tel. 302-655-5510
Fax  215 546-4183
E-mail:  csn@meranzekatz.com

Counsel for Plaintiffs

**CERTIFICATE OF SERVICE**

I, CLAIBORNE S. NEWLIN, ESQUIRE, hereby certify that on this 30th day of April, 2008, I served a copy of Plaintiffs' Praecipe to Withdraw, via first class mail postage prepaid to:

Tom Kline
ASAP Insulators
3019 McDaniel Lane
Newark, DE 19702

s/ Claiborne S. Newlin
CLAIBORNE S. NEWLIN, ESQUIRE